1:18-cv-01334-JES-JEH #50 Page 1 of 1

E-FILED
Wednesday, 10 February, 2021 04:43:11 PM
Clerk, U.S. District Court, ILCD

E-FILED
Monday, 06 January, 2020 12:55:57 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

EXHIBIT 1

| | |
|---|---|
| JOHN BROOKS and GREGORY SIMMONS, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CITY OF PEKIN, JOHN DOSSEY, DONALD ) <br> BAXTER, SARAH NEWCOMB, and ) <br> JENNIFER MELTON, ) <br> ) <br> Defendants. ) | Case No.: 18-cv-1334 <br> Plaintiffs demand trial by jury |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on January 3rd, 2020 he served a copy of Plaintiffs' First Interrogatories to City of Pekin, Plaintiffs' First Interrogatories to Donald Baxter, Plaintiffs' First Interrogatories to Jennifer Melton, Plaintiffs' First Interrogatories to John Dossey, Plaintiffs' First Interrogatories to Sarah Newcomb and Plaintiffs' First Request to Produce Documents, via electronic mail, to:

Phillip O'Donnell: pmodonnell@kdwolaw.com

As requested by the Federal Court of the Central District of Illinois, the original of said documents were not filed with the Clerk; this Certificate is hereby filed electronically with the Clerk using the CM/ECF system disclosing that copies were served as stated therein.

John Brooks and Gregory Simmons,
Plaintiffs

By: /s/ James L. Hafele
JAMES L. HAFELE
KAVANAGH, SCULLY, SUDOW, WHITE & FREDERICK, P.C.
301 S.W. ADAMS STREET, SUITE 700
PEORIA, ILLINOIS 61602-1574
Telephone: (309) 676-1381
Facsimile: (309) 676-0324
Email: jameshafele@ksswf.com

LAW OFFICES
KAVANAGH, SCULLY, SUDOW, WHITE & FREDERICK, P.C.
301 S.W. ADAMS STREET, SUITE 700
PEORIA, ILLINOIS 61602-1574
TELEPHONE (309) 676-1381
TELECOPIER (309) 676-0324