E-FILED
Wednesday, 10 February, 2021  04:43:11 PM
Clerk, U.S. District Court, ILCD

E-FILED
Monday, 03 February, 2020  04:38:12 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

EXHIBIT 2

| | |
|---|---|
| JOHN BROOKS and GREGORY SIMMONS, | )<br>)<br>) |
| Plaintiffs, | )<br>) Case No. 1:18 CV 1334 |
| vs. | )<br>) JURY TRIAL DEMAND |
| CITY OF PEKIN, JOHN DOSSEY, DONALD BAXTER, SARAH NEWCOMB, and JENNIFER MELTON, | )<br>)<br>)<br>) |
| Defendants. | ) |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

The undersigned certifies that a true and correct copy of the below listed discovery document and a copy of this Notice were served by hand delivery or by sealing a copy thereof in a postage prepaid envelope, addressed as set forth below, and deposited in the U.S. Mail, at Peoria, Illinois, on the 3rd day of February, 2020, as follows:

DOCUMENTS:  DEFENDANT CITY OF PEKIN'S OBJECTIONS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES;

DEFENDANT JOHN DOSSEY'S OBJECTIONS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES;

DEFENDANT DONALD BAXTER'S OBJECTIONS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES;

DEFENDANT SARAH NEWCOMB'S OBJECTIONS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES;

DEFENDANT JENNIFER MELTON'S OBJECTIONS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES;

DEFENDANTS' OBJECTIONS TO PLAINTIFFS' FIRST REQUESTS TO PRODUCE.

TO:                 Julie L. Galassi
Hasselberg Rock Bell & Kuppler, LLP
4600 N. Brandywine Drive, Suite 200
Peoria, IL 61614-5591

James L. Hafele
Kavanagh, Scully, Sudow, White
 & Frederick, P.C.
301 SW Adams Street, Suite 700
Peoria, IL 61602

CITY OF PEKIN, JOHN DOSSEY, DONALD BAXTER, SARAH NEWCOMB and JENNIFER MELTON, Defendants,

By: _____/s/Philip M. O'Donnell_____
       Philip M. O'Donnell

## CERTIFICATE OF SERVICE

The hereby certify that on February 3, 2020, I electronically filed the foregoing Notice of Service of Discovery Responses, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Julie L. Galassi
Hasselberg Rock Bell & Kuppler, LLP
4600 N. Brandywine Drive, Suite 200
Peoria, IL  61614-5591

James L. Hafele
Kavanagh, Scully, Sudow, White
 & Frederick, P.C.
301 SW Adams Street, Suite 700
Peoria, IL  61602

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

/s/Philip M. O'Donnell
Philip M. O'Donnell
Philip M. O'Donnell (ARDC #6225759)
KINGERY DURREE WAKEMAN
 & O'DONNELL, ASSOC.
416 Main Street, Suite 1600
Peoria, IL  61602-1166
Phone: (309) 676-3612
Fax: (309) 676-1329
Email: pmodonnell@kdwolaw.com &
chsokn@kdwolaw.com
ECF Email: philodonnell@sbcglobal.net